IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DIANNA L. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00659 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Dianna Brown's Motion for Judgment Based Upon the Administrative Record ("Motion"). (Doc. No. 19.) Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 26.) Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be granted and that the decision of the Commissioner be remanded. (Doc. No. 27 at 1.) The Report was filed on July 15, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 14–15.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** the decision of the Commissioner.

It is so ORDERED.

Entered this the 2nd day of August, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT